RENE L. VALLADARES
Federal Public Defender
State Bar No. 11479
HEIDI A. OJEDA
Assistant Federal Public Defender
Nevada State Bar No. 12223
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Heidi_Ojeda@fd.org

Attorney for Timothy Orlan Treis

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:12-cr-093-GMN-PAL |
| Plaintiff, | **STIPULATION TO CONTINUE REVOCATION HEARING** |
| v. | (Third Request) |
| TIMOTHY ORLAN TREIS, | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED, by and between Steven W. Myhre, Acting United States Attorney, and Phillip N. Smith, Jr., Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Heidi A. Ojeda, Assistant Federal Public Defender, counsel for Timothy Orlan Treis, that the Revocation Hearing currently scheduled on Friday, March 24, 2017 at the hour of 10:30 a.m., be vacated and continued to a date and time convenient to the Court, but no sooner than one hundred twenty (120) days.

This Stipulation is entered into for the following reasons:

1.      The defendant is detained, but does not object to the continuance.

2.      The parties are working to resolve this case and Mr. Treis's new law violation case, which charged him with Felon in Possession of a Firearm. Case No. 16-cr-266.

3.      The parties are close to a resolution in Case No. 16-cr-266, which would globally resolve both cases.  As such, the parties are requesting that this matter be continued for a period of four months to allow time for Mr. Treis to enter his change of plea and proceed to sentencing in Case No. 16-cr-266.

4.      The parties will be requesting that both cases proceed to sentencing on the same date.

5.      The parties agree to the continuance.

This is the third request for a continuance of the revocation hearing.

DATED this 16th day of March, 2017.

RENE L. VALLADARES                          STEVEN W. MYHRE
Federal Public Defender                        Acting United States Attorney


    /s/ Heidi A. Ojeda                             /s/ Phillip N. Smith, Jr.
By_____          By_____
HEIDI A. OJEDA                                 PHILLIP N. SMITH, JR.
Assistant Federal Public Defender           Assistant United States Attorney

2

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              Plaintiff,<br><br>       v.<br><br>TIMOTHY ORLAN TREIS,<br><br>              Defendant. | Case No. 2:12-cr-093-GMN-PAL<br><br>**ORDER** |

        IT IS THEREFORE ORDERED that the revocation hearing currently scheduled for Friday, March 24, 2017 at 10:30 a.m., be vacated and continued to Friday, July 21, 2017 at the hour of 10:00 a.m. in Courtroom 7C.

        DATED this  21  day of March, 2017.

_____
UNITED STATES DISTRICT JUDGE