RENE L. VALLADARES
Federal Public Defender
State Bar No. 11479
HEIDI A. OJEDA
Assistant Federal Public Defender
Nevada State Bar No. 12223
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Heidi_Ojeda@fd.org

Attorney for Timothy Orlan Treis

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>TIMOTHY ORLAN TREIS,<br><br>Defendant. | Case No. 2:12-cr-093-GMN-PAL<br><br>**STIPULATION TO ADVANCE REVOCATION HEARING**<br>(Fourth Request) |

IT IS HEREBY STIPULATED AND AGREED, by and between Steven W. Myhre, Acting United States Attorney, and Phillip N. Smith, Jr., Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Heidi A. Ojeda, Assistant Federal Public Defender, counsel for Timothy Orlan Treis, that the Revocation Hearing currently scheduled on Friday, July 21, 2017 at the hour of 10:00 a.m., be vacated and advanced to July 7, 2017 at the hour of 10:00 a.m.

This Stipulation is entered into for the following reasons:

1. The defendant is detained, but does not object to the advance.

2. The parties have negotiated a global resolution for both Mr. Treis's new gun charge and his pending revocation. Mr. Treis is currently set for sentencing on July 7, 2017 in

16-cr-266-GMN-NJK. The parties request that the revocation be moved to the same date and time since the parties will be requesting the time to run concurrent.

      3.      The parties agree to the advance.

This is the fourth stipulation of the revocation hearing filed herein.

DATED this 5th day of July, 2017.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | STEVEN W. MYHRE<br>Acting United States Attorney |
| */s/ Heidi A. Ojeda*<br>By_____<br>HEIDI A. OJEDA<br>Assistant Federal Public Defender | */s/ Phillip N. Smith, Jr.*<br>By_____<br>PHILLIP N. SMITH, JR.<br>Assistant United States Attorney |

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>TIMOTHY ORLAN TREIS,<br><br>    Defendant. | Case No. 2:12-cr-093-GMN-PAL<br><br>**ORDER** |

IT IS THEREFORE ORDERED that the revocation hearing currently scheduled for Friday, July 21, 2017 at 10:00 a.m., be vacated and advanced to __July 7, 2017__ at the hour of __10:00__ _a_.m.

DATED this __5__ day of July, 2017.

_____
UNITED STATES DISTRICT JUDGE